978 So.2d 222 (2008)
Wali SALEEM, Appellant,
v.
STATE of Florida, Appellee.
No. 5D07-3774.
District Court of Appeal of Florida, Fifth District.
April 1, 2008.
Wali Saleem, Raiford, pro se.
Bill McCollum, Attorney General, Tallahassee, and Kellie A. Nielan, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. Price v. State, 937 So.2d 702 (Fla. 5th DCA 2006), rev. granted, 950 So.2d 414 (Fla.2007); see also State v. Perkins, 977 So.2d 643 (Fla. 5th DCA 2008).
GRIFFIN, MONACO and LAWSON, JJ., concur.